IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:12-cv-0512-TMH |
| ) | WO |
| CITY OF DOTHAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on July 13, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on June 27, 2012 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 31st day of August, 2012.

                                        /s/ Truman M. Hobbs
                                        TRUMAN M. HOBBS
                                        SENIOR UNITED STATES DISTRICT JUDGE